UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO ARIAS GARZA (A-077-404-341), | No.  2:26-cv-1349 DC CSK |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Defendants. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  In the answer to the petition, filed April 16, 2026, and the opposition to petitioner's motion for a preliminary restraining order, filed May 11, 2026, respondents argue that petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1226(c).  (ECF No. 8 at 1; ECF No. 18 at 1.)  On June 12, 2026, the district court denied petitioner's motion for a preliminary injunction and referred this matter to the assigned magistrate judge for further proceedings.  (ECF No. 21.)

According to the government's official Executive Office for Immigration Review Automated Case Information website, on May 20, 2026, the Bureau of Immigration Affairs dismissed petitioner's appeal from the January 28, 2022 order by the immigration judge ordering

1

petitioner's removal.  See https://acis.eoir.justice.gov/en.[1]  Accordingly, respondents are directed to file a status report addressing whether petitioner is now detained pursuant to a final order of removal.

Accordingly, IT IS HEREBY ORDERED that by 5:00 p.m. on Friday, June 26, 2026, respondents shall file a status report addressing whether petitioner is now detained pursuant to a final order of removal.

Dated:  June 23, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Garz1349.fb.imm/2

---

[1] The court may take judicial notice of facts that are "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b), including undisputed information posted on official websites.  Daniels-Hall v. National Education Association, 629 F.3d 992, 999 (9th Cir. 2010).  The Executive Office for Immigration Review ("EOIR") adjudicates immigration cases, and the EOIR Automated Case Information website is an official website of the United States Government.  The address of this official website is https://acis.eoir.justice.gov/en/.

2